1042

[No. 9303–7–I.   Division One.   December 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
D. DODGE, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80–1–00169–2, Daniel T. Kershner,
J., entered July 30, 1980. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by James, C.J., and Williams,
J.

[No. 9461–1–I.   Division One.   December 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
DAVID DOELKER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00076–1, Norman W. Quinn, J., entered
October 15, 1980. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Ringold, A.C.J., and Swanson,
J.

[No. 4576–II.   Division Two.   December 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
A. QUACKENBUSH, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 5553, Tyler C. Moffett, J., entered
February 15, 1980. *Affirmed* by unpublished opinion per
Petrie, A.C.J., concurred in by Pearson and Petrich, JJ.

[No. 4602–II.   Division Two.   December 8, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MERVYN
BRIAN STAYTON, *Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 791543, Gerry L. Alexander, J.,
entered January 23, 1980. *Remanded with instructions* by
unpublished opinion per Petrich, J., concurred in by
Pearson and Petrie, JJ.